**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDWARD DEES AND SIMILARLY SITUATED INDIVIDUALS,**

           **Plaintiff,**

**-vs-**                                           **Case No. 6:05-cv-1923-Orl-DAB**

**RSIGHT, INC., JUSTIN R. MCGONIGAL, STEVE CASSELL,**

           **Defendants.**
_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE

This cause comes before the Court on its own initiative. The Court entered a Scheduling Order (Doc. No. 18) on June 7, 2006 setting certain deadlines. The Defendants filed their Verified Summary on July 7, 2006. Pursuant to the Scheduling Order, the parties were required to meet by August 6, 2006 to discuss settlement. Within 10 days of the meeting, or by August 16, 2006, counsel was required to file a Report Regarding Settlement, and if appropriate, a Case Management Report. The parties did not file either Report and counsel was ordered to show cause why sanctions should not be imposed for their failure to comply with the Court's Scheduling Order. The parties responded (Doc. No. 25) seeking another 30 days to conduct settlement negotiations. It is **ORDERED** that the parties will have until September 30, 2006 to file a Case Management Report. No further extensions will be granted absent a showing of extraordinary good cause.

**DONE** and **ORDERED** in Orlando, Florida on this 21st day of September, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record